# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOSEPH E. POINDEXTER,                      )
                                           )
    Plaintiff,                             )
                                           )
    v.                                     )   Civil Case No. 08-1883 (RJL)
                                           )
D.C. DEPARTMENT OF                         )
CORRECTIONS, *et al.*                      )
                                           )
    Defendants.                            )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this

19th day of September, 2012, hereby

**ORDERED** that the District of Columbia's Motion to Dismiss, or in the Alternative, for Summary Judgment [Dkt. #74] is **GRANTED**.

**ORDERED** that plaintiff's Second Amended Complaint [#71] as to the District of Columbia is **DISMISSED**.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge